94

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS BERRY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

April 28, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS SMITH, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. John P. Jehl* for the respondent.

April 28, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT. v. JAMES DANCSECS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. John J. Trombadore* for the respondent.

April 28, 1970. Denied.